UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Merna D Denton,   CASE NO. 6:21-bk-00002-KSJ
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7
　　　　Debtor.
_____

PROOF OF SERVICE

I hereby certify that a true and correct copy of the <u>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTEREST PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m); (II) SURCHARGE AGREEMENT BETWEEN SECUREND LENDER AND THE ESTATE; AND (III) OTHER RELIEF (Doc. # 40)</u> was served by electronic notice, if registered in the Electronic Case Filing System, otherwise by first class postage prepaid U.S. Mail on July 16, 2021 to the creditors and interested parties on the attached mailing matrix.

　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　/s/ Lori Patton
　　　　　　　　　　　　　　　　　　Lori Patton, Trustee
　　　　　　　　　　　　　　　　　　PO Box 520547
　　　　　　　　　　　　　　　　　　Longwood, FL 32752

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:21-bk-00002-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Jul 16 13:48:50 EDT 2021 | Merna D Denton<br>6340 Windsor Lake Circle<br>Sanford, FL 32773-5755 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Lori Patton +<br>Law Office of Lori Patton, PA<br>PO Box 520547<br>Longwood, FL 32752-0547 | Marie F Benjamin +<br>Marie F. Benjamin, Attorney at Law<br>Post Office Box 901<br>Sanford, FL 32772-0901 |
| Christopher P Salamone +<br>Robertson, Anschutz, Schneid, Crane<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Becket & Lee, LLP (SB) +<br>Post Office Box 3001<br>Malvern, FL 19355-0701 | Keith Scott Labell +<br>Robertson, Anschutz, Schneid, Crane<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Nathalie C Rodriguez +<br>Robertson, Anschutz, Schneid, Crane<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |